## Report Number 2023-021682 - *Offense / Incident Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Sep 21, 2023 10:27 | Jun 27, 2023 08:00 - Sep 21, 2023 06:00 | Sandra Aldridge #1409 |

JAIL, 707 W 13TH ST, VANCOUVER, WA 98660

## NARRATIVE

### Synopsis

On 09/21/2023, I added charges for Felony DVNCOV on Horace Hill for contacting Bianca Hill and Rachelle Carelock via the Telmate System.

### Narrative

On 09/01/2023, I was working in my assigned capacity as a detective with the Vancouver Police Domestic Violence (DV) Unit. Part of my duties are to conduct follow up investigations on DV cases as well as assist VPD Patrol with current investigations involving DV relationships. I was assigned case 2023-14405 for follow up investigation. I reviewed the associated reports/documents as well as a criminal history for Horace Hill.

From reviewing reports, I learned that on 06/27/2023, Horace was arrested for Residential Burglary DV and DVNCOV for being inside the home at 6026 NE 33rd Cir. In violation of a protection order listing Rachelle Carelock as the protected party. Horace has been in custody at the Clark County Jail at 707 W 13th St., Vancouver, WA since that time. As part of the pending criminal case, a No Contact Order, order number 2310150506, was put in place. I viewed the order which showed served as of 06/28/2023 and does not expire until 2028. This order lists Horace as the respondent and Rachelle as the protected party, has a 1000 ft distance prohibition and prohibits all forms of communication.

I also located a No Contact Order, order number 2A0348703, which lists Horace as the respondent and Bianca Hill as the protected party. This order showed served as of 01/25/2023 and does not expire until 2025. The distance prohibition is 250 ft. and also prohibits all forms of communication. This DVNCO showed as a post-conviction order related to a 2022 CCSO case. I then located a current order listing Bianca as the respondent and Horace as the protected party based on VPD case 2022-29213 which is still pending in District Court. As of this writing, Horace and Bianca have competing no contact orders. Horace and Bianca are currently married and have children in common. Horace was previously in a romantic relationship with Rachelle, and they have at least one child in common. All parties know each other.

As part of my follow up investigation, I monitored Horace's communications from the Clark County Jail through the Telmate System. Telmate is the company that provides phone, email and video style visits to inmates on a prepaid basis. Each inmate is assigned an account with an associated PIN so the inmate can communicate with family and friends. All communications from inmates are recorded and the inmate and recipient are notified of this. I have been trained on the Telmate System and use it frequently in my duties as a detective. I have also testified in court regarding the reliability of the Telmate System.

From this, I located numerous calls, messages and video visits to Bianca. I was able to confirm through photos that the person Horace was speaking to via the video visits was Bianca. I also located video visits with Rachelle by comparing the video visits to Body Worn Camera footage from the prior Residential Burglary case.

Immediately following Horace's arrest, he receives a message from the account of Bianca Hill providing the phone number 360-940-5956. Horace then begins calling this number and speaks to Bianca though she uses several different alias accounts, to include the account of "Jessica Johnson". From the context of the communications, it is clear that Horace and Bianca are the involved parties as they discuss their children, their relationship, the current criminal cases (to include the order against Bianca), CPS involvement in their lives, etc. Horace and Bianca also occasionally call each other by name. These conversations would only apply to Bianca and Horace. Below is a list of communications between Horace and Bianca, in violation of the current order(s).

DATE TIME METHOD INMATE ACCT VISITOR ACCT
06/28/23 2009 hrs Phone call Horace Hill Biddy Hill
06/29/23 2039 hrs Message Horace Hill Jessica Johnson
06/30/23 1925 hrs Video Visit Horace Hill Jessica Johnson
09/18/23 1318 hrs Video Visit Horace Hill Biddy Hill

Regarding the communication with Rachelle, they discuss their children, him needing treatment, they call each other by name and talk

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Sandra Aldridge #1409   Sep 22, 2023 07:46 (e-signature) | Deborah Libbey #1306   Sep 25, 2023 01:43 (e-signature) |
| PRINT NAME | PRINT NAME |
| Sandra Aldridge #1409 | Deborah Libbey #1306 |

Case 3:23-cv-05923-TMC   Document 13-1   Filed 03/21/24   Page 2 of 7

Report Number 2023-021682 - *Offense / Incident Report Cover Sheet Vancouver Police Department          PDR P041043 - 000009   Pg 2 of 2

Court. As of this writing, Horace and Bianca have competing no contact orders. Horace and Bianca are currently married and have children in common. Horace was previously in a romantic relationship with Rachelle, and they have at least one child in common. All parties know each other.

As part of my follow up investigation, I monitored Horace's communications from the Clark County Jail through the Telmate System. Telmate is the company that provides phone, email and video style visits to inmates on a prepaid basis. Each inmate is assigned an account with an associated PIN so the inmate can communicate with family and friends. All communications from inmates are recorded and the inmate and recipient are notified of this. I have been trained on the Telmate System and use it frequently in my duties as a detective. I have also testified in court regarding the reliability of the Telmate System.

From this, I located numerous calls, messages and video visits to Bianca. I was able to confirm through photos that the person Horace was speaking to via the video visits was Bianca. I also located video visits with Rachelle by comparing the video visits to Body Worn Camera footage from the prior Residential Burglary case.

Immediately following Horace's arrest, he receives a message from the account of Bianca Hill providing the phone number 360-940-5956. Horace then begins calling this number and speaks to Bianca though she uses several different alias accounts, to include the account of "Jessica Johnson". From the context of the communications, it is clear that Horace and Bianca are the involved parties as they discuss their children, their relationship, the current criminal cases (to include the order against Bianca), CPS involvement in their lives, etc. Horace and Bianca also occasionally call each other by name. These conversations would only apply to Bianca and Horace. Below is a list of communications between Horace and Bianca, in violation of the current order(s).

DATE TIME METHOD INMATE ACCT VISITOR ACCT
06/28/23 2009 hrs Phone call Horace Hill Biddy Hill
06/29/23 2039 hrs Message Horace Hill Jessica Johnson
06/30/23 1925 hrs Video Visit Horace Hill Jessica Johnson
09/18/23 1318 hrs Video Visit Horace Hill Biddy Hill

Regarding the communication with Rachelle, they discuss their children, him needing treatment, they call each other by name and talk about the current pending cases. Horace specifically asks Rachelle to get him out of jail and to make sure his kids (with Bianca) aren't taken by CPS.

Below is a list of communications from Horace to Rachelle in violation of their No Contact Order:

DATE TIME METHOD INMATE ACCT VISITOR ACCOUNT
08/02/23 1729 hrs Video Visit Horace Hill Stephanie Piotra
09/19/23 1946 hrs Video Visit Horace Hill Stephanie Piotra
09/05/23 1257 hrs Phone Call Horace Hill Rachelle Carelock

Based on my investigation, I determined there is Probable Cause to arrest Horace Hill for 7 cts Violation of a No Contact Order DV; RCW 7.105.450.5. The 7 cts are for the specific communications listed, however, Horace speaks to either Bianca or Rachelle almost daily. Based on Horace's criminal history, he has 7 prior convictions for violations of a court order dated; 7/12/2006 (felony), 01/25/2023, 04/14/2010, 04/28/2009, 09/21/2010, 02/16/2007 and 06/19/2006.

I prepared the necessary paperwork to add the above charges to Horace Hill and provided it to Clark County Jail booking staff.

**Attachments**

Jail calls and video visits.

**Recommendation**

Forward to DVPC.

REPORTING OFFICER SIGNATURE / DATE
Sandra Aldridge #1409   Sep 22, 2023 07:46 (e-signature)
PRINT NAME
Sandra Aldridge #1409

SUPERVISOR SIGNATURE / DATE
Deborah Libbey #1306   Sep 25, 2023 01:43 (e-signature)
PRINT NAME
Deborah Libbey #1306

Vancouver Police Department
NOTE: Summarized report. More data regarding this report may exist in the RMS.
Mark43 RMS Form v2.0 generated by C. Geelan on Jan 30, 2024 09:15.
Pg 2 of 2

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF CLARK

STATE OF WASHINGTON, Plaintiff,
v.
Horace Jr Hill,
Defendant.

No. 2023-1-01505-06

MEMORANDUM OF DISPOSITION

CRIME(S): PROTECTION ORDER VIOLATION (PREVIOUS CONVICTIONS) (DOMESTIC VIOLENCE INTIMATE PARTNER) X7, FELONY DOMESTIC VIOLENCE COURT ORDER VIOLATION (AT LEAST TWO PREVIOUS CONVICTIONS) (DOMESTIC VIOLENCE INTIMATE PARTNER), RESIDENTIAL BURGLARY (DOMESTIC VIOLENCE INTIMATE PARTNER)

☐ The defendant shall be released from custody today on the above captioned case(s) only.
☒ The defendant is hereby remanded to custody: ☐ Hold without Bail ☒ Bail is set at **$75,000**
☐ The defendant has been sentenced to confinement totaling ____ days/months, to be served as follows:
   ____ days credit for time served ____ days of additional total confinement
   ____ days of additional partial confinement on:
         ____ work/educational release ____ work crew ____ community service
         ☐ Defendant shall report within 24 hours of this order/release from custody
         ☐ Defendant shall be screened while in custody.
         (If found to be medically unfit for work crew, refer to original sentencing orders for instructions)
☒ The defendant is hereby Ordered to return to court on OCTOBER 4, 2023 @ 9AM FOR ARRAIGNMENT.
☐ The defendant shall report to the Department of Corrections within 24 hours of this order/release from custody.
☐ The defendant shall have a biological sample collected for purposes of DNA identification analysis and the defendant shall fully cooperate in the testing. Report to the CCSO within 24 hours to submit sample.

**FAILURE TO REPORT TO JAIL, WORK RELEASE OR WORK CREW MAY CONSTITUTE THE CRIME OF ESCAPE AND COULD SUBJECT THE DEFENDANT TO IMMEDIATE ARREST. FAILURE TO RETURN TO COURT AS ORDERED MAY CONSTITUTE THE CRIME OF BAIL JUMP.**

Other: BAIL REMAINS SET AT $75,000 PLUS SAME ORIGINAL CONDITIONS

Dated: SEPTEMBER 22, 2023   Time 1:42 a.m./p.m.

JUDGE Print name

Horace Jr Hill          Defense Atty          Dep Pros Atty

Memorandum of Disposition – Revised 12/06

that this Doc... original... record of my office and as County
Clerk I am the legal custodian thereof. Signed and sealed at Vancouver, Washington this date:

Case 3:23-cv-05923-TMC   Document 13-1   Filed 03/21/24   Page 4 of 7   PDR P039967 - 000018

" MR
VPD/VPD

M Reagan   Deputy Clerk   [Seal of the Superior Court of Clark County]

**RECEIVED**
By VPD Records at 8:57 pm, Jun 21, 2023

**FILED**
JUN 21 2023
Scott G. Weber, Clerk, Clark Co.



23 2 0827

**Superior Court of Washington, County of Clark**

| Rachelle Canelock 06-30-88 | No. _____ |
| Petitioner,                Date of Birth | **Temporary Protection Order and Hearing Notice (TMO-)** |
| vs. | [X] Domestic Violence (RPRT) |
| Horace hill        [redacted]  77 | [ ] Sexual Assault (RSXP)  [ ] Harassment (RAH) |
| Respondent.                Date of Birth | [ ] Stalking (STKH)        [ ] Vulnerable Adult (RVA) |
|  | Clerk's action required: 5.B, 10, 11, 12 |
|  | **Next Hearing Date and Time:** 6/30/2023 @ 9:00 |
|  | See **How to Attend** at the end of this order |

## Temporary Protection Order and Hearing Notice

1. **This order is effective until the end of the hearing listed above.**

   This protection order complies with the Violence Against Women Act and shall be enforced throughout the United States. See last page.

2. **This order restrains (name):** Horace hill
   also known as (list any known aliases) _____

   The restrained person must obey the restraints ordered in section **8**.

| Sex | Race | Height | Weight |
|---|---|---|---|
| m | Black | 5'10 | 230 |
| **Eye Color** | **Hair Color** | **Skin Tone** | **Build** |
| brown | bald | brown | Bigger |

   Noticeable features (Ex.: tattoos, scars, birthmarks): no

   Has access to [ ] firearms  [ ] other weapons  [X] unknown

   ~~Surrender~~ Restrictions weapons ordered: [X] Yes  [ ] No

3. **This order protects (name):** Rachelle Canelock
   and the following **children** who are under 18 (if any) [X] no minors

---

RCW 7.105.305, .310
Mandatory (01/2023)
PO 030

Temporary Protection Order
and Hearing Notice
p. 1 of 11

0018

4
VPM
VPD
W/LEI

FILED

JUN 28 2023 4:20

Scott G. Weber, Clerk, Clark Co.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF CLARK

STATE OF WASHINGTON, Plaintiff,
v.
Horace Jr Hill,
Defendant.
SID: WA18926956

If no SID, use DOB: ▮▮/1977

No. 2023-1-01505-06
**NO-CONTACT ORDER**
(CLJ = NOCON)
(Superior Cts = ORNC, ORWPNP)
☒ Pre-trial
☐ Post Conviction
☒ Clerk's action required.

1. **Protected Person's Identifiers:**

   Rachelle Dianne Carelock
   Name (First, Middle, Last)
   ▮▮ 1988    Female
   DOB        Gender       Race

   **Defendant's Identifiers:**

   | Date of Birth | |
   |---|---|
   | | ▮▮ 1977 |
   | Gender | Race |
   | Male | Black |

   *If a minor, use initials instead of name; provide other info, and complete a Law Enforcement and Confidential Information, Form PO 003.*

2. **Defendant:**
   ☒ do not cause, attempt, or threaten to cause bodily injury to, assault, sexually assault, harass, stalk, or keep under surveillance the protected person.
   ☒ do not contact the protected person directly, indirectly, in person, or through others, by phone, mail, or electronic means, except for mailing or service of process of court documents through a third party, or contact by the defendant's lawyers.
   ☒ do not knowingly enter, remain, or come within <u>1000 FEET</u> (1,000 feet if no distance entered) of the protected person's residence, school, workplace, other:_____
   ☐ other:_____

3. **Firearms, Weapons, and Concealed Pistol License; Defendant:**
   ☐ do not, own, possess, or control a firearm. (RCW 9.41.040)
   ☐ do not access, have in your custody or control, obtain, purchase, receive, attempt to purchase or receive, or possess a firearm, other dangerous weapon, or concealed pistol license. (RCW 9.41.800)

27

JA
VPD

FILED
JUN 30 2023 11:56
Scott G. Weber, Clerk, Clark Co.

## Superior Court of Washington, County of Clark

Carelock, Rachelle Dianne    /1988
**Petitioner**    Date of Birth

vs.

Hill, Horace JR    /1927
**Respondent**    Date of Birth

No. 23-208278-06

**Dismissal Order**
[✓] Domestic Violence
[ ] Sexual Assault     [ ] Harassment
[ ] Stalking           [ ] Vulnerable Adult
ORDSM (dismissed)
**Clerk's Action Required. WACIC**

**Request:** ___protection___ requested a:

[ ] Temporary [✓] Full [ ] Renewal [ ] Modification [ ] Termination **Order**

**Findings:** [✓] **Non-Appearance.** [✓] Petitioner [✓] Respondent did **not** appear.

[ ] **Request.** The Protected Person requested dismissal of petition.

**Final Order:**

[✓] **Dismissed** without prejudice because the Protected Person's asked to terminate the order or did not appear at the hearing.

Any previously entered temporary order and any order to surrender weapons under this case number expires today, upon the signing of this order or at (*time*) _____.

### Washington Crime Information Center (WACIC) and Other Data Entry

**Clerk's Action:** The clerk of court shall forward a copy of this order immediately to the following law enforcement agency (county or city): ___Vancouver___
(*check only one*): [ ] Sheriff's Office or [✓] Police Department

This agency shall enter this order into WACIC and National Crime Info. Center (NCIC).

### Next Court Hearing and Service

[✓] No further court hearings are scheduled in this case and service is not required, because the Petition is dismissed

Dated: 6/30/23   at 11:47 a.m./p.m.   _____
                                       Judge/Court Commissioner

I received a copy of this order:

▶ _____    ▶ _____
Petitioner/ Attorney   WSBA No.   Date   Respondent/Lawyer   WSBA No.   Date

Dismissal Order
p. 1 of 1

STATE OF WASHINGTON
COUNTY OF CLARK
I, Bryan M. Farrell, Court Administrator and Clerk of the District Court of Clark County, Washington and Municipal Court of Camas/Washougal, Washington DO HEREBY CERTIFY that this document, consisting of 3 page(s), is a true and correct copy of the original now on file and of record in my office as Court Clerk I am the legal custodian thereof.

Signed and sealed at Vancouver Washington this date: 11-22-2023 07:45 AM
BRYAN M. FARRELL, COURT ADMINISTRATOR

By Deputy Clerk *ally*
AB

RECEIVED
Clark County District Court
1/25/2023

FILED
Clark County District Court
1/25/2023

## District Court of Washington, County of Clark

**State of Washington,**
**City of Vancouver/ Camas/Washougal**
Plaintiff
vs.
HILL, HORACE JR
Defendant (First, Middle, Last Name)
SID:

No. 2A0348703  CLS CN
☐ Pre-Trial   ☒ Post Conviction
**Domestic Violence No-Contact Order**
(clj = NOCON, ORWPNP)
**Clerk's action required: Sec. 9, 10**

1. **Protected Person's Identifiers:**

   (A  HILL, BIANCA NELLY
   Name (Last, First Middle)
   ▮▮▮992
   DOB        Gender      Race

   (B  _____
   Name (Last, First Middle)
   _____
   DOB        Gender      Race

   **Defendant's Identifiers:**

   | Date of Birth: ▮▮▮1977 | Gender: M | Race: B |

   *If a minor, use initials instead of name, provide other info, and complete a Law Enforcement and Confidential Information, Form PO 003.*

2. **Defendant:**

   ☒ do not cause, attempt, or threaten to cause bodily injury to, assault, sexually assault, harass, stalk, or keep under surveillance the protected person.

   ☒ do not contact the protected person directly, indirectly, in person, or through others, by phone, mail, or electronic means, except for mailing or service of process of court documents through a third party, or contact by the defendant's lawyers.

   ☒ do not knowingly enter, remain, or come within 250FT____ (1,000 feet if no distance entered) of the protected person's residence, school, workplace, other:_____

   ☐ other:_____

   _____
   _____

3. **Firearms, Weapons, and Concealed Pistol License; Defendant:**

   ☒ do not, own, possess, or control a firearm. (RCW 9.41.040.)