June 20th 2023
Report Number 2023-013880
VPD
Officer, Clay Aqbist #1750

FILED
LODGED
RECEIVED
MAIL

MAR 21 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

BY                    DEPUTY

This report is the reason I still in jail. None of my Attorneys wanted to investigate this situation. I called 911 on Rachelle for coming over After she moved out of her apt and ask me to move in because she left the Kids there with an adult to be with them. She called me and ask to come stay at the apt because she didnt want the Kids or her apt anymore. She moved into a hotel that CPS was helping her pay for.

1.1 On June 20th 2023 I called 911 on Rachelle because she came over drunk and started threatening me with putting a NCO on me because I didnt do something she wanted me to do.

1.2 She was saying she's going to make up whatever story she can to get the courts to put a NCO on me.

1.3 My son got mad at Rachelle for saying she was going to do that to me and Rachelle took off her shoe and started hitting me son.

1.4 She was saying to him, "hit me, hit me, hit me back, its ok, I will tell the cops your dad did it anyway" referring to me, saying she's going to tell the cops that, if my son was to hit her back she would tell the cops it was me who hit her.

1.5 All this was recorded on my cell phone and when she was getting ready to leave, I called 911 on her.

1.6 They came over and I told them what happened. I explain to the officer what the video says and why I wanted to record her in the act.

1.7 The officer recorded the video on his work phone.

1.8 The next day Rachelle went to the courts and filed for a NCO against me for assaulting her on the very day I called 911 on her for what she did.

1.9 I ask my first Attorney Josephine Townsend for this video evidence and police report but nothing.

1.10 When I finally got the police report, it said something totally different than what happen. What the officer claims what was said in the video is not what was actually said.

1.11 He lied and fabricated it to make it less valuable evidence. Completly changed the story. That really hurt my case because it wouldve did more than prove she lied, but prove she's willing to lie about everything to get her way.

1.12 I ask the prosecutor for this footage and body cam footage and they told me they don't have it. I sent the letter to my Attorney John Terry.

Report Number 2023-013880 - *Offense / Incident Report Vancouver Police Department

PDR P041043 - 000003 of 5

## Report Number 2023-013880 - *Offense / Incident Report

| REPORT DATE / TIME | EVENT START DATE / T ME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jun 21, 2023 01:34 | Jun 20, 2023 21:44 - 22:53 | Clay Agbisit #1750 |

6026 NE 33RD CIR, VANCOUVER, WA 98661

## NARRATIVE

### Synopsis

Horace reported his ex-wife Rachelle assaulted their 14-year-old son ██████ hitting him with a sandal. Rachelle was not contacted. ██████ was not injured and refused to speak with me.

BWC used.

### Narrative

On 06/20/23 at 2211 hours I self-dispatched to a cold assault located at 6026 NE 33rd Cir in Vancouver Washington. Dispatch relayed the RP's ex Rachelle just left after hitting their 14-year-old son. I contacted the RP Horace Hill via telephone who provided the following statement.

Horace stated he and his ex-wife Rachelle Carelock had been split up for a while. Horace currently found out Rachelle left the residence about a month ago leaving their 14-year-old and 17-year-old alone. Horace moved into the residence to take care of the kids. Horace stated tonight Rachelle came by to pick up their son ██████ Hill (14-year-old). ██████ told Rachelle he did not want to go with her. **Rachelle got upset and hit ██████ on the arm with a sandal.** Rachelle left the residence and was staying at a hotel somewhere off Mill **Plain Blvd. Horace stated ██████** was not injured and refused to speak to police.

I asked Horace what started the argument. Horace stated Rachelle will always "mouth off" to the kids and his son was a big kid and wanted to be treated like a man. ██████ did not like to be disrespected no matter who it was. ██████ was talking back and pushing Rachelle's buttons and Rachelle hit him. Horace stated he was only reporting it because Rachelle always called police on him to get him in trouble so he thought he should do the same. Rachelle threatened to get a restraining order against Horace, and he did not want to get trouble for something he did not do. Police would always take Rachelle's side because he was black, and she was white.

Horace stated Rachelle would be coming back because she was going to get them food. Horace recorded the incident on his phone and would show police if needed. I asked if ██████ was still there, and Horace stated yes. Horace stated ██████ was aware he was calling **police and ██████ told him he would not** talk to police. I told Horace I was going to stop by to watch the recorded video and try to talk to ██████ if he was willing.

As I turned onto NE 33rd Cir I observed a white Audi parked in front of the residence in the middle of the road. A large male entered the front passenger seat and the vehicle left driving by me. It was dark and I was unable to see inside the vehicle. I contacted Horace at the residence who stated he did know where ██████ was. I advised there was a white Audi that just left from the residence. Horace stated it must have been Rachelle and ██████ going to get food. Horace stated ██████ was not injured and refused to talk to police.

I asked Horace to see the recorded video of the alleged assault. The video showed Rachelle yelling at ██████ to "say it again". ██████ says, "I don't see my momma" and Rachelle hits him on the left arm with a sandal. Rachelle said, "say it again". ██████ replied, "I don't care, I don't see my momma" and Rachelle hits him again on the left arm with a sandal. I recorded the video from my work cell phone. Horace stated that was what ██████ does to upset Rachelle, he will continue to talk back to get a rise out of you.

I attempted to call Rachelle and it went to voicemail. A message was left for her to call me back. I conferred with other Officer's on scene, and it was determined Rachelle used moderate and reasonable force to discipline ██████ based on RCW 9A.16.100 Use of Force on Child. A sandal to the arm was reasonable and moderate and you hear ██████ continue to talk back.

Based on my investigation I did not establish PC for Assault IV- DV.

### Attachments

Evidence.com

### Recommendation

Suspended.

| REPORT NG OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Clay Agbisit #1750   Jun 21, 2023 04:45 (e-signature) | Christopher Simmons #1635   Jun 21, 2023 04:53 (e-signature) |
| PRINT NAME | PRINT NAME |
| Clay Agbisit #1750 | Christopher Simmons #1635 |

**Vancouver Police Department**

Mark43 RMS Form v2.0 generated by C. Geelan on Jan 30, 2024 09:16.

Pg 1 of 5

Report Number 2023-013880 - *Offense / Incident Report Vancouver Police Department

Forward to DV Unit for review.

## REPORTING PARTY-1

| REPORTING PARTY-1 (PERSON) | | DOB / ESTIMATED AGE RANGE |
|---|---|---|
| R-1 Hill, Horace Jr | | 1977-10-28 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Male | Black or African American / Not Hispanic Or Latino | (360) 838-6846 (Mobile Phone), (360) 717-5383 (primary, Mobile Phone) |

**HOME ADDRESS**
6026 NE 33RD CIR, VANCOUVER, WA 98661

REPORTING PARTY SIGNATURE

---

## OFFENSE-1

**OFFENSE CODE**
RCW_9A.36.041_ASSAULT IV

| OFFENSE START DATE | OFFENSE END DATE | OFFENSE COMPLETION | DOES EVENT CONTAIN BIAS ELEMENTS? |
|---|---|---|---|
| Jun 20, 2023 21:35 | Jun 20, 2023 21:44 | ■ COMPLETED<br>☐ ATTEMPTED | ☐ YES ■ NO |

| SUSPECTED COMPUTER/ HANDHELD DEVICE USE | SUSPECTED ALCOHOL CONSUMPTION | SUSPECTED DRUG USE | DOMESTIC VIOLENCE |
|---|---|---|---|
| ☐ YES ■ NO | ☐ YES ■ NO | ☐ YES ■ NO | ■ YES ☐ NO |

| WEAPON / FORCE INVOLVED | GANG INFORMATION |
|---|---|
| Personal Weapons (hands, fist, feet, arms, teeth, etc.) | No Gang Involvement/Unknown |

**MODUS OPERANDI**
DV - Domestic Violence - Threat Assessment Not Completed

### OFFENSE LOCATION

**LOCATION NAME / STREET ADDRESS/LOCATION NAME / APT, UNIT, STE / DESCRIPTION**
6026 NE 33RD CIR

| CITY | STATE | ZIP | COUNTRY CODE |
|---|---|---|---|
| VANCOUVER | WA | 98661 | US |

| LOCATION CATEGORY | JURNAME / PRECINCT / DISTRICT / BEAT / NHOOD | PUBLIC / PRIVATE |
|---|---|---|
| Residence/ Home | VANCOUVER PD / VPD East / East District 3 / 33 / Bagley Downs | Private |

### VICTIMS-1

| VICTIMS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| V-1 HILL, JORDYNN | 2009-03-11 (juvenile) |

| SEX | RACE / ETHNICITY |
|---|---|
| Male | Black or African American / Not Hispanic Or Latino |

**HOME ADDRESS**
6026 NE 33RD CIR, VANCOUVER, WA 98661

**VICTIM IS OFFICER**
☐ YES ■ NO

### SUSPECTS-1

| SUSPECTS-1 NAME (LAST, FIRST MIDDLE) | DOB / ESTIMATED AGE RANGE |
|---|---|
| S-1 CARELOCK, RACHELLE DIANNE | 1988-06-30 |

| SEX | RACE / ETHNICITY | PHONE NUMBER |
|---|---|---|
| Female | White / Not Hispanic Or Latino | (360) 449-2622 (primary, Mobile Phone) |

**HOME ADDRESS**
6026 NE 33RD CIR, VANCOUVER, WA 98661

### WITNESS-1

| REPORTING OFFICER SIGNATURE / DATE | PRINT NAME | SUPERVISOR SIGNATURE / DATE | PRINT NAME |
|---|---|---|---|
| Clay Agbisit #1750    Jun 21, 2023 04:45 (e-signature) | | Christopher Simmons #1635    Jun 21, 2023 04:53 (e-signature) | |
| Clay Agbisit #1750 | | Christopher Simmons #1635 | |

**Vancouver Police Department**
Mark43 RMS Form v2.0 generated by C. Geelan on Jan 30, 2024 09:16.

Pg 2 of 5

Law of Evidence in Washington §2.03
Definition of "Relevance"

Relevant evidence means evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action, more probable or less probable than it would be without the evidence.

Materiality - consequence to be determination of the action

logical relevance or probative worth - more or less probable than without the evidence

2.1 Materiality: Evidence is material if offered to prove or disprove an element of a legally cognizable claim, offense, or defense raised in the pleadings.

2.2 Logical Relevance: If the evidence is material and has any tendency, no matter how slight, to advance the party's position at trial it is probative and relevant

Atkins v. County of Riverside

Brady Materials:

A. The prosecution's failure to disclose material evidence favorable to the accused can violate the accused's due process right to a fair trial.

B. Evidence that the officers fabricated the police reports against the defendant undermines the credibility of the officers as well as the police reports. The evidence could have been used to show that the victim or witness was willing to lie about the defendant and even to accuse him falsely & doing so would result in even a minimal benefit to him.

C. There is a "clearly established" due process right not to be subjected to criminal charges on the basis of deliberately fabricated false evidence or police report Continued investigation although they knew or should have known of the suspect's innocence, or used investigative techniques that were so coercive and abusive that they knew or should have known that those techniques would yield false information.

D. ~~If~~ any concept is fundamental to the American system of justice, it is that those charged with upholding the law are prohibited from deliberately fabricating evidence and framing individuals

E. A due process violation based on a failure to preserve potentially exculpatory evidence requires a showing of bad faith on the part of the officer or prosecutor. No due process violation occurs absent a showing of bad faith. The presence or absence of bad faith by the police for purposes of the Due Process Clause most necessarily turn on the police's knowledge of the exculpatory value of the evidence at the time it was lost or destroyed.

7. Officers and prosecutors who withhold exculpatory evidence from defendants violate the defendants constitutional due process right. "Common sense" would instruct a police officer to not withhold exculpatory evidence. A right can be clearly established on the basis of common sense.

JUNE 27th 2023
Police Incident Report: #2023-014405
VPD
Officers, Ken Hess #1815, Cody Esau #1692

2.3 After I realized I was being set up by Rachelle, I started walking southbound on N.E 62nd AVE down towards N.E 4th Plain Blvd. I was on hold with 911, I was trying to call them to see if the officers were really supposed to be coming or not and to report what I thought was a set up for violation of a NCO.

2.4 I was walking on the left side of NE 62nd AVE, walking down hill I was on the left side of the street because I would be able to see the light on NE 4th plain blvd to see if the police are coming. I know Stapleton rd is a few blocks away so I knew they would come from the direction I was walking.

2.5 As I got down the hill more and closer to 4th plain, I notice an officer sitting at the light so I started waving my arms trying to get his attention. I walked across the street and into SeaMar Clinic parking lot.

2.6 Im in the middle of SeaMar Clinic parking lot still trying to get the officers attention sitting at the red light.

2.7 The officer never moved but while I was still standing in the parking lot another officer pulled up behind the first officer, turned his lights on and got into the turning lane and when he was able, made a U-turn at the light and pulled into the entrance of SeaMar Clinic with is located off of N.E 4th plain blvd The other officer kept straight when the light turned green.

2.8 Officer Hess was the first and only officer that pulled into the parking lot at first to talk to me.

BWC   Officer Esau Report says:

2.9 Officer Hess and I were enroute to the above location when it was advised Horace was traveling towards N.E 62nd AVE and then south towards NE 4th plain. While waiting at a red light at NE 62nd AVE and NE 4th plain blvd. I observed Horace walking towards NE 4th plain blvd with his hands in the air. He then walked into the SeaMar Clinic parking lot located at 6100 NE 4th plain blvd

2.10 There, we contacted him, and Officer Danielson arrived on scene and confirmed with VPD records that the above order had been served.

2.11 Dispatch advised there was an order in the system, but it wasn't showing served yet. Rachelle advised it had been served two days ago.

2.12 Officer Esau asked Rachelle what happened. Rachelle claimed that she was assaulted two days ago by me and was granted the protection order which was served on me yesterday.

2.13 Rachelle claimed that she hadn't been home since 5:30AM and when she got home, she found me inside the home.

Officer Hess report says:

2.14 Upon my arrival I contacted Horace walking southbound on NE 62nd AVE away from the residence. Horace told me he had just been at the corner of NE 62nd AVE and NE 33rd CIR waiting for police to arrive. Both where I contacted Horace and the location he described are within 1000ft of Rachelles residence.

A. How did Hess contact me walking down NE 62nd AVE and where he claims he contacted me is within a 1000ft of the restricted residence. NE 33rd CIR to 6100 NE 4th plain blvd is 1584ft

B. Officer Esau states that while sitting at the light, saw me walk into SeaMar Clinic parking lot. There is where "They" contacted me at 1584ft from the restricted residence not a 1000ft.

C. How did Hess claim to have contacted me walking down NE 62nd AVE within a 1000ft but Esau claims that they both contacted me after I walked into SeaMar Clinic parking lot, 1584ft?

D. If Hess is right, Esau body cam and dash cam should show Hess turning left at the light on NE 4th plain blvd and NE 62nd AVE going up NE 62nd AVE instead of making a U-turn on NE 4th plain and pulling into SeaMar Clinic parking lot.

E. If Hess is right if he contacted me walking down NE 62nd AVE within a 1000ft how did I get arrested in SeaMar parking lot at 1584ft? How did I get away from Hess more than 500ft to be arrested inside SeaMar parking lot?

7. Where is Hess body cam and dash cam footage of him turning up NE 62nd AVE and contacting me within 1000ft of the residence?

G. Hess told me when he arrested me at SeaMar Clinic that I was within a 1000ft, that's why I was being arrested. How was it a 1000ft when the distance between the two places is 1584ft 0.3mi?

H. How did dispatch say the NCO wasn't served yet to Esau but Hess—that it was served? How did Rachelle claim it was served "two days ago" which would be June 25th and then say it was served on me "yesterday" which would be on June 26th. I was arrested on June 27th.

I. Another thing, Rachelle filed the petition for the NCO on June 21st for an alleged assault that took place on June 20th. June 20th and June 25th is a big difference in time. 5 days and 2 days, a person would know the difference. In the report she claims I was served and assaulted her on the same day.

J. How didn't the officers pick up on the inconsistances in Rachelle story?

K. Who is telling the truth because on of them is lying. Now a/ both of them are telling the truth? They both should be telling the exact story if they both contacted me together. I doesn't matter any way because they both lied on their police report and if they had to lie in order to arrest me then there wasn't probable cause to arrest me in the first place.

2.15 Both officers body cam and dash cam footage would prove my story to be true. I've asked all my attorneys, I've asked the court clerk and the prosecutors, even the private investigators that my attorneys sent to help. I've asked everyone I could think of for the footage and nothing. The prosecutor sent me a letter saying they will have to look into this matter and will get back to me. It takes almost ten months to produce it? One case that I really needed the body cam footage and evidence that the officer says he'd had, doesn't have it anymore. At least thats what the prosecutor said in the letter they sent me. They said they don't have it any more. Why dont they have it any more? I've been asking for this evidence for 9 months.

Report Number 2023-014405 - Supplement - 1 Report Vancouver Police Department                                         Pg 1 of 4

## Report Number 2023-014405 - Supplement - 1 Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jun 27, 2023 16:49 | Jun 27, 2023 13:09 | Cody Esau #1692 |

SUPPLEMENT TYPE
Patrol Supplemental

## NARRATIVE

### Supplemental Report

### Narrative

***BWC used. The following is a recollection, to the best of my knowledge and perspective, to be true and accurate. This is not a transcription of the body-worn camera. Statements from involved individuals have been summarized for ease of reading unless stated and denoted by quotation marks. The connotation of summarized statements was preserved and presented to the best of my ability. The order of events summarized in the following narrative may not be in chronological order for ease of reading***

On 06/27/20223, I was working as a Patrol Officer out of Vancouver West Precinct as call sign 2D21. On this date at 1310 hours, I was dispatched to 6026 NE 33RD CIR. for a restraining order violation in progress. Dispatch advised the Reporting Party Rachelle D. Carelock stated that she just filed an NCO with her ex-husband Horace Hill, and he is at the above address now. She advised it was served and when she got home, he was inside the home.

Dispatch advised the suspect was described as a black male, 5'9", heavyset, and wearing grey sweats and a white t-shirt with flip flops. She advised that he just walked out but said, "if you called them again, I have something for you."

Dispatch advised there was an order in the system (2320827806), but it was not showing served yet. Rachelle advised it had been served two days ago.

Officer Hess and I were enroute to the above location when it was advised Horace was traveling towards NE 62nd Ave and then south towards NE Fourth Plain Blvd. While waiting at a red light at NE 62nd Ave. and NE Fourth Plain Blvd. I observed Horace walking towards NE Fourth Plain Blvd with his hands in the air. He then walked into the Seamar Clinic parking lot located at 6100 NE Fourth Plain Blvd.

There, we contacted him, and Officer Danielson arrived on scene and confirmed with VPD Records that the above order had been served.

Horace was upset and stated he was told to come to the house to get his stuff by his daughter, ███████████████, and that police would be there for a standby. Officer Hess then reviewed the terms of the order and then advised Horace he was under arrest for violating it.

After Horace was placed into handcuffs, I then changed locations and met with Rachelle and ████████ at NE 62nd Ave. and NE 33rd. Cir. I asked Rachelle what happened, and she stated two days ago she was assaulted by Horace and was granted the protection order which was served on him yesterday. She stated ███████ and she hadn't been home since 0530 this morning and when they arrived, they found Horace inside the house. I asked Rachelle if she knew how Horace got into the house and she stated she wasn't sure because she has the only key.

Rachelle advised Horace might have entered the house using the retractable garage door which is off its track and easy to raise. I then asked ███████ if she saw Horace inside the house, and she confirmed she had. I then asked her if she invited him to the house and she stated she had not spoken to him today.

I then asked Rachelle about the threats made by Horace. She advised as he was leaving and she was on the phone, he said, "I got something for you." I asked her what she thought that meant and she believed it was a threat to cause her harm. She stated he has previously threatened her life and that he's on meth really bad. Rachelle was asked if ███████ heard the threat and she didn't believe so.

I then advised Officer Hess about the statements made by Rachelle and ███████ Rachelle was asked if she would complete a Smith Affidavit and she agreed. Upon completion, I advised Rachelle of the perjury statement and we both signed.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Cody Esau #1692   Jun 27, 2023 17:38 (e-signature) | Erik Jennings #1299   Jun 28, 2023 07:28 (e-signature) |
| PRINT NAME | PRINT NAME |
| Cody Esau #1692 | Erik Jennings #1299 |

Vancouver Police Department                                                                                   Pg 1 of 4
Mark43 RMS Form v2.0 generated by A. Giessler on Jul 14, 2023 12:31.

0014



Report Number 2023-014405 - *Offense / Incident Report Vancouver Police Department

## Report Number 2023-014405 - *Offense / Incident Report

| REPORT DATE / TIME | EVENT START DATE / TIME - EVENT END DATE / TIME | REPORT WRITER |
|---|---|---|
| Jun 27, 2023 14:33 | Jun 27, 2023 13:09 | Ken Hess #1815 |

| ASSISTING PERSONNEL / TYPE(S) |
|---|
| Cody Esau #1692 (Investigative Assistance), Nichol Danielson #1843 (Investigative Assistance) |

6026 NE 33RD CIR, VANCOUVER, WA 98661

## NARRATIVE

### Synopsis

Rachelle Carelock is the protected party in a valid and served order with Horace Hill listed as the respondent. Rachelle and her daughter, ▆▆▆▆▆▆▆▆, found Horace inside their residence today. Horace was arrested and booked into the Clark County Jail for No Contact Order Violation DV and Residential Burglary DV.

### Narrative

On 6/27/2023 at 1309 hours I was dispatched to a restraining order violation at 6026 NE 33rd Cir in Vancouver, Clark County, WA. Rachelle Carelock called to report Horace Hill was at her residence.

Upon my arrival I contacted Horace walking southbound on NE 62nd Ave away from the residence. Horace told me he had just been at the corner of NE 62nd Ave and NE 33rd Cir waiting for police to arrive. Both where I contacted Horace and the location he described are within 1,000 feet of Rachelle's residence. Horace explained Rachelle's daughter, ▆▆▆▆▆▆▆▆, called him and told him the police were on their way so he could get his personal belongings out of the residence. Horace said he saw Rachelle drive past him while talking on the phone and he knew she was calling the cops to get him in trouble so he left. Horace state he tried to call the police but couldn't get through.

I contacted Vancouver Police Department Records and verified Rachelle is the protected party in a valid and served order with Horace listed as the respondent. The order restrains Horace from being withing 1,000 feet of Rachelle and her residence at 6026 NE 33rd Cir. I attached a copy of the order to this report.

Horace told me he and Rachelle were in a dating relationship for a period of four years and they have two children together. I asked if they lived together and Horace explained Rachelle used to live at the 6026 NE 33rd Cir residence, but she moved out two months ago and he moved in. Horace explained this to me several times as the reason he was legally allowed to be there. I tried to explain the residence in listed in the order as the place he is restrained from, but he told me it was a lie.

While I was talking to Horace, my partner, Officer Esau, spoke with ▆▆▆▆▆▆▆ and Rachelle. Both of them stated they saw Horace inside the residence he is restrained from. The garage door is unsecured and that is how they suspect he got inside. Rachelle also completed a Smith Affidavit and threat assessment with Officer Esau. The threat assessment score was 30, which is extreme.

Horace was seen inside the residence he is restrained from. Being there means he entered and remained unlawfully with the intent to commit the crime of violating the restraining order. Based on the above stated facts there is Probable Cause to arrest Horace for RCW 7.105.450.1A3 No Contact Order Distance Violation DV and RCW 9A.52.025 Residential Burglary DV.

I told Horace he was under arrest for violating the restraining order and residential burglary. I placed Horace in handcuffs, which I checked for fit and double locked. I searched Horace incident to arrest and didn't find any weapons on his person. I did find a bag of marijuana, which the jail will not accept. I asked Horace if there was someone who could take it for him, and he said no. I later submitted it into VPD Evidence for disposal.

I escorted Horace to my patrol car and checked the back seat area for safety. I placed Horace in the back seat, fastened his seatbelt, and transported him to the Clark County Jail for booking on the above mentioned charges.

### Attachments

Restraining Order.

| REPORTING OFFICER SIGNATURE / DATE | SUPERVISOR SIGNATURE / DATE |
|---|---|
| Ken Hess #1815   Jun 27, 2023 15:59 (e-signature) | Jon Pfister #1140   Jun 27, 2023 16:19 (e-signature) |
| PRINT NAME | PRINT NAME |
| Ken Hess #1815 | Jon Pfister #1140 |



## Incident Drill-down

### Incident

| | | | |
|---|---|---|---|
| **fwCust_ID** | 64 (c) | **Case Number** | V2023014405 |
| **Agency** | VPD | **EID** | 18977551 |
| **Event** | 23246395 | **Date Time** | 06/27/2023 13:09:11 |
| **Beat** | 223 | **Zone** | 223 |
| **Location** | 6026 NE 33RD CIR | **ESZ** | 2050 |
| **XStreet1** | DEAD END | **XStreet2** | NE 62ND AVE |
| **ZIP** | 98661 | **Caller Name** | CARELOCK, RACHELLE |
| | | **Caller Number** | (360) 449-2622 |
| | | **Caller Location** | NE FOURTH PLAIN BLVD - SW SECTOR VANCOUVER |
| **Event Type** | RO | **Sub Type** | 1 |
| **Problem** | RESTRAINING ORDER | **Priority** | 2 |
| **Time Created** | 06/27/2023 13:09:11 | **Time Closed** | 06/27/2023 15:53:17 |
| **Creating Person** | 7270 SARAH JURHS | **Created on Terminal** | ces905 |
| **Dispo** | R | | |

### Primary Unit

| | | | |
|---|---|---|---|
| **Unit** | 2D21 | | |
| **DISPATCH** | 06/27/2023 13:10:34 | **ENROUTE** | |
| **ARRIVE** | 06/27/2023 13:14:46 | **TRANSPORT** | 06/27/2023 14:05:28 |
| **TRS ARRIVE** | 06/27/2023 14:32:25 | **AVAILABLE** | 06/27/2023 15:53:17 |

### Incident Comments

| Date Time | EMPID | Term | Comment |
|---|---|---|---|
| 2023-06-27 13:09:11 | 7270 | ces905 | JUST FILED A NCO WITH EX AND HE IS AT THE HOUSE NOW |
| 2023-06-27 13:09:11 | 7270 | ces905 | ORDER HAS BEEN SERVED |
| 2023-06-27 13:09:11 | 7270 | ces905 | Premise history (6026 NE 33RD CIR VAN) accessed by 7270 |
| 2023-06-27 13:09:11 | 7270 | ces905 | SHE JUST GOT HOME AND HE IS IN THE HOME |
| 2023-06-27 13:09:23 | 7270 | ces905 | NAME: HILL HORACE DOB: 19770728 SEX: ST: |
| 2023-06-27 13:09:40 | 7270 | ces905 | NO ASSOC VEH |
| 2023-06-27 13:09:43 | 7270 | ces905 | HE IS IN THE HOUSE ALONE |
| 2023-06-27 13:09:59 | 7270 | ces905 | RP IS OUTSIDE OF THE HOME - HER VEH IS A WHITE AUDI |
| 2023-06-27 13:10:22 | 7270 | ces905 | +++ CHANCE THAT MALE HAS WPNS ON HIM, HE HAS HAD THEM IN THE PAST |
| 2023-06-27 13:10:58 | 7270 | ces905 | BM...5'9...HEAVYSET...GRY SWEATS AND WHITE TSHIRT WITH FLIP FLOPS |
| 2023-06-27 13:11:12 | 7123 | ces901 | *NO PAGE* |
| 2023-06-27 13:11:14 | 7270 | ces905 | JUST WALKED OUT OF THE HOUSE, MADE THREATS TO RP...SAID "IF YOU CALLED THEM AGAIN I HAVE SOMETHING FOR YOU" |
| 2023-06-27 13:11:22 | 7270 | ces905 | HE IS NOW LEAVING ON FOOT TOWARDS 62ND |
| 2023-06-27 13:12:25 | 7270 | ces905 | ORDER SHOWING NOT SERVED IN SYSTEM BUT PER RP IT WAS SERVED 2 DAYS AGO |
| 2023-06-27 13:12:40 | 7270 | ces905 | HE IS STILL WALKING - TOWARDS FOURTH PLAIN - RP STILL HAS EYES ON HIM |
| 2023-06-27 13:13:16 | 7270 | ces905 | SHE BELIEVES HE IS HEADING TO THE ELWOOD TO HIDE - HE HAS A FRIEND NAMED NICOLE WHO LIVES THERE (UKN APT NUMBER) |
| 2023-06-27 13:13:40 | 7270 | ces905 | DOESNT THINK HE TOOK ANYTHING FROM THE HOME - NOT SURE HOW HE GOT IN - HE DOES NOT HAVE A KEY |
| 2023-06-27 13:13:58 | 7270 | ces905 | NAME: CARELOCK RACHELLE D DOB: 19880630 SEX: ST: |
| 2023-06-27 13:14:14 | 7270 | ces905 | ADVISED TO CB IF HE RETURNS |
| 2023-06-27 13:14:15 | 7270 | ces905 | CON |
| 2023-06-27 13:14:43 | 7123 | ces901 | 2D21 -- SEAMAR W/1 62ND/4P |
| 2023-06-27 13:15:36 | 97306 | ces26821 | PREMISE HISTORY ACCESSED BY 97306 |
| 2023-06-27 13:18:19 | 7123 | ces901 | 2D22 -- CODE 4 CHECK COMPLETE |
| 2023-06-27 13:21:59 | 7123 | ces901 | Alarm Timer Extended: 0 |
| 2023-06-27 13:22:00 | 7123 | ces901 | Alarm Timer Extended: 0 |

0034

3200 NE 78th AVE
Apt #10
VANCOUVER, WA 98662

PDR P039867 - 000033

**Please describe what happened including the details for any questions you answered yes to on the reverse side of this page:**

I left home about 5:30 am and returned around 1 pm when I came in the house Horace was in my bed room. I said I was calling police and walked out a few minutes later he left and said since I called the police again he got something for me which I believe was a threat to harm me.

---

I have written, or had this statement written for me and this statement truly and accurately reflect my recollection of this incident. The police officer has explained to me I have to certify or declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct.

Name of Officer who explained this form to me: C. Esau

I certify under penalty of perjury, under the laws of the State of Washington, that the foregoing is true and correct:

SIGNED this 27th day of June, 2023 1:40 am/pm at (city/state) Vancouver WA

Signature Rachelle Carelock    Printed Name Rachelle Carelock

**Officer who read perjury warning and witnessed the signature.**

Officer Signature _____    Officer Name C. Esau

* If continuation pages are used, each page must be signed and dated by victim and signed by the witness officer*

0033



3/3/24

Mr. Terry,

Here's the problem with my entire case. Everyone involved in it is a liar. The cops didn't have probable cause to arrest me, especially if they had to lie and fabricate the police report. Both police reports contradict each othee in an obvious way. First lie was told when Officee Hess claims he contacted me walking down NE 62nd AVE away from the residence. I never told him I was at any corner, I said I was sitting inside the park waiting for the police to pull up. Next he claims that where he contacted me at was within 1000ft of the retricted residence. For one he never contacted me walking down NE 62nd AVE when Hess saw me and contacted me I was already standing inside Seamar parking lot and not only that, Seamar Clinic is more than a 1000ft from the restricted residence, 0.3mi - 1584ft from the restricted residence. Hess also lied when he told me that he googled the distance between the restricted residence and Seamar Clinic and it was within a 1000ft and it is not almost 600ft further from the residence. Hess dash cam and body cam would show that he's lying about contacting me walking down N.E 62nd AVE. Now Officee Esau report says something totally different. The report says "while waiting at the light" - it doesn't say who was exactly waiting at the light. Officee Esau was the only one waiting at the light. Next the report says Esau observed me walking toward NE Fourth plain blvd with his hands in the air. In order for Officee Esau to see me walking I had to be on the left side of the

street because N.E 62ND AVE is a small towards the bottom so in order for Officer Esau to have seen me sitting at the light, I would've had to be more than a 1000ft from the residence. If I was on the right side of the street Officer Esau would've be able to see me at all because its bushes blocking the sidewalk and the side of Seamar clinic. Officer Esau body cam and dash cam would show all of this. Next Esau said "he then walked into the Seamar Clinic parking lot located at 6100 NE Fourth Pl Blvd." So how did Hess contact me walking down NE 62ND AVE within a 1000ft almost 600ft from where Esau said saw me walk into Seamar Clinic that is 1584ft and also that there in the parking lot is where they contacted me at. How is that possible? Hess said he contacted me walking down the road and where he contacted me was within a 1000ft. Esau said sitting at the red light saw me walk into Seamar parking lot which is 1584ft and there is where "They" contacted me. How if Hess is telling the truth, did I get away from him almost 600ft from where he contacted me at inside seamar clinic parking lot? And how could both of them contact me in the parking lot when one never saw me walking anywhere and made a u-turn at the light and pulled into seamar clinic parking lot and the other one drove straight when the light turned green? Where is the body cam and dash cam from both of them so I can prove they both lied on their police report? No Probable Cause

Here's the other problem with all of this. Rachelle lied in the police report a few times and its very obvious and nobody said anything about it. First lie she told was under the penalty of perjury. In her Smith Affidavit she claims that she left home around 5:30am and didn't come back until 1pm and came into the apt and found me inside the room. She also claims in the police report that nobody was at the house and that she had no idea how I could've got into the apt. Well let me explain all those lies.

Rachelle didn't live there anymore, she was staying at a hotel on Mill Plain the cps was paying for. I have proof of that and the cps caseworker Erika Noort Knows this as well. Rachelle left on the 26th of June and called my wife to come stay to watch the kids because I had to leave the apt. So she knew who was at the apt and the reason she called the cops that night was because I had the garage door up with a black curtain hanging from it because it was hot in the apt for the kids. She claims it "looked ghetto" and got mad because I wouldn't take it down. The kids broke the garage door so it wouldn't close down all the way. She knew all of these. If you can get the 911 call when Rachelle called the cops on herself. I've been asking for this for 8 months. In that 911 call she tells the operator the reason she wants to move out of the apt is because the kids has destroyed the apt and broke everything. Rachelle knew the garage door was broke already. Rachelle knew my wife was at

the apt because she was trying to get me there so we both could be caught in violation of the no contact order. That's why she wanted me to meet the cops at the apt. That's why I stayed at the park waiting for the cops to show up because I knew my wife was at the apt. Rachelle never went inside the apt she saw me at the park when she drove up already on the phone with the cops. I have evidence that Rachelle admitted to not being at the apt that day and she knew my wife was there. How many lies can she be allowed to get away with. The Officer asked Rachelle what happened and Rachelle said "Two days ago she was assaulted by Horace and was granted the protection order which was served on him yesterday." Well now, as you know Rachelle filed for the NCO on June 21st for me allegedly assaulting her on June 20th. The day she made this claim was on June 27th. Two days ago would be on June 25th. That right there is what you call lies and very poor police investigation because the cops should've known her story wasn't adding up because if they read the temp NCO they would've known she was lying about everything. She also claims the no contact order was served on me two days ago. Then Dispatch said I wasn't served yet. I wasn't served the no contact order because they came to serve me on the 25th but I wasn't home. So how was I served, thats why dispatch said "it wasnt shown served yet." Because it wasnt. How many lies can a person tell and its just ok?

Ballentine's Law Dictionary                                    3/11/24

False Imprisonment

1. The unlawful restraint by one person of the physical liberty of another. An unlawful violation of the personal liberty of another, whether considered as tort or a crime.

2. To constitute an unlawful arrest or a false imprisonment it is not necessary that force be used. The wrong done is one which may be committed by acts or by words, or by both. An unlawful restraint of the person or an interference with his personal liberty is essential, but he is deemed to have been put under restraint if words or acts induced a reasonable apprehension that force would be used if he did not submit. In short, any unlawful exercise or show of force by which a person is compelled to remain where he does not wish to remain or to go where he does not wish to go is an unlawful arrest.

Horace Hill Jr. #144887
Clark County Jail

Attorney John Terry
Attorney, Courtney Baasch

How much misconduct can a person deal with in a case? 9 months I've been dealing with governmental misconduct, prosecutorial misconduct, fake police reports, filing of false petitions, false charges, attorneys violating the RPC, telling

2

prosecution things in my case in violation. Every type of violation you can think of, civil rights, constitutional rights, Brady rights, due process rights, everything.

The more I study the law, the more I'm learning that my problem isn't what the cops did, not even what Rachelle did or the prosecution. My biggest problem in my case is the ones that are supposed to help me, my own Attorneys.

"Fruit of the Poisonous Tree"

The tree is the Criminal Justice System And the fruit is the Attorneys And Prosecution and everyone in between. I was the unfortunate one to be blessed with the dirtiest most rottenes fruit of all, the name of this specific fruit is called "ineffective Assistance of counsel." The worse fruit of all.

State v. Lively:

Public policy allows for some deceitful conduct and violation of criminal laws by the police in order to detect and eliminate criminal activity. Even though I disagree with that statement, it explains why cops and law enforcement officials get away with murder. You expect a cop to lie and cheat. It's basically saying and admitting that the criminal justice system is the biggest criminals. And how true that is. Everything they accuse us of doing wrong, they take it a step further, manipulate, cheat, lie, steal and deceitful and it's all ok because they're doing it in the name of "Justice." Sounds good!!!

Polk County v. Dodson

"There can be no fair trial unless the accused receives the services of an effective and independant advocate" That Part!! Everything that is going on in my case is because the hired help is choosing to sleep with the enemy, If just one of my "advocates" would've did there job 50%, I wouldn't be here right now. Me, myself and me again has literally put my case together, oh yeah with the help of my mom. I've found all I need to find to prove all of the misconduct needed in order for my case to be dismissed a long time ago since its been dismissed a long time ago. And that's where the false imprisonment comes in because my case is really dismissed already. When the NCO was dismissed on June 30th, everything was done and over with then.

City of Tacoma v. Cornell:

The city may charge a person for violating a protection order (June 27th when Rachelle called the cops on me for allegedly violating the NCO) during the time the order is valid and in effect (June 21st to June 30th) But the city may not charge a person for violating an order after the order has been vacated, (June 30th) even if the alleged violation occurred while the order was in effect (June 27th). A vacated restraining order provides no legal basis for prosecuting an alleged violation of the order. Legislature has not criminalized such a violation of a no contact order.

4

That means that the order is void so the violations is void
If the violations is not a crime once the NCO is dismissed
then how am I going to trial? If the violations is not a
crime once the NCO is dismissed then why am I still in
jail? False Imprisonment 9 months

State v. Anava:
If a domestic violence case (NCO filed on June 21st) is
dismissed (the NCO was dismissed on June 30th) and there
is no trial, then there is no express legislative authority
for the continued validity of the No contact order.
A no contact order entered at arraignment (June 28th)
against a defendant expires upon the dismissal of the
underlying domestic violence charge (June 30th the NCO
was dismissed)

The violation of a no contact order that was entered at
arraignment for a domestic violence charge cannot serve
as basis for a criminal prosecution if the violation occurred
after the dismissal of the underlying domestic violence
charge. (August 2nd was the date of the allege violation)
ARCW§10.99.040
Duties of the Court; No Contact Order Violation
The No Contact order shall terminate if the defendant
is acquitted or the charges are dismissed (June 30th the NCO
was dismissed). False Imprisonment 9 months

I LNPG: Washington Criminal Law
§5.22 Constitutional Sufficiency of the Charging Document
The charging document must meet The "essential elements Rule"

The "essential elements rule" require a charging document
to allege facts supporting every element of the offense
sought to be charged in addition to adequately identifying
the offense.
I never received a charging document because the State
knew it would be insufficient and a constitutional violation.


A person accused of a crime has a constitutional right under
the Sixth Amendment and Article 1, §22 of the Washington
Constitution, to know the nature of the charges being
brought.
A document charging an accused with violating a no contact
order must identify the order the accused is alleged to
have violated or must allege sufficient facts to apprise
the accused of what actions gave rise to the charge.
Where there is no reference to the identity of the victim,
to the underlying no contact order, or to the facts of the
crime, the charging document lacks an essential element
and is insufficient. To be sufficient, the document must in
some manner identify the no contact order alleged to have
been violated. The failure of an information to allege each
element of the charged crimes renders the information
insufficient and requires dismissal of the charge without
prejudice.

Strickland v. Washington

Constitutional Law

Criminal Process, Assistance of Counsel

An accused is entitled to be assisted by an Attorney, whether retained or appointed, who plays the role necessary to ensure that the trial is fair.

Counsel can also deprive a defendant of the right to effective assistance simply by failing to render adequate legal assistance.

Criminal Law & Procedure

Test for Ineffective Assistance of Counsel

The defendant must show that counsel's performance was deficient. This requires showing that counsel made errors so serious that counsel was not functioning as the counsel guaranteed the defendant by the Sixth Amendment. Defendant must show that the deficient performance prejudiced the defense. Counsel's errors were so serious as to deprive the defendant of a fair trial.

A convicted defendant making a claim of ineffective assistance must identify the acts or omissions of counsel that are alleged not to have been the result of reasonable professional judgment. Criminal defense counsel has a duty to make reasonable investigations or to make a reasonable decision that makes particular investigations unnecessary. A particular decision not to investigate must be directly assessed for reasonableness in all the circumstances, applying a heavy measure of deference to counsel's judgments.

Actual or constructive denial of the assistance of counsel altogether is legally presumed to result in prejudice.

## Criminal Law - prejudice

The test for prejudice resulting from the ineffectiveness of criminal defense counsel requires the defendant to show that there is a reasonable probability that, but for counsel's unprofessional error, the result of the proceeding would have been different.

## USCS Const Amend. 6

Rights of the Accused / Effective Assistance of Counsel

Counsel cannot justify a failure to investigate simply by invoking strategy. The U.S. Supreme Court has squarely rejected the attempt to justify a limited investigation as reflecting a tactical judgment. Under Strickland, counsel's investigation must determine trial strategy, not the other way around.

The fact that I'm writing this letter is proof enough that something isn't right in my case. The more I want to put all the blame on the prosecutors and VPD and theres plenty reason to go ahead. This is more about my court appointed counsel or lack of 6 attorneys and not one of them have done a thing for me, well except fail me in my chances at a fair trial. 1st attorney violated the RPC by telling something in my case to the prosecution. 2nd attorney didn't do anything at all, and I mean absolutely nothing but bring me a fabricated deal. 3rd attorney said I needed a competency hearing and

8

that I might be incompetent. Basically saying im in the legal sense I'm insane, feeble-minded person, a person lacking the mental capacity. I'm still hurt and bothered by that and to be honest, that's going to follow me the rest of my life. I'm not doing all this writing and fighting for money or y'all respect, I'm doing it because Phil Ard called me incompetent. It literally tore me up inside, I sat in my cell in G-11 and cried for almost a week and I told myself I will never be looked at in that way again. All because I said my Attorneys are in conspiracy with the prosecution, well, I'm not wrong! 4th Attorney, Lisa Toth is the worse of them all, she actually lied to my face. She told me lies about my case and the things I found so I would second guess myself and hope that I'll take a deal. That's where the problem starts, the deal. My Attorneys chose not to investigate any witness on my behalf but Lisa only worried about was the victim coming to court. None of my Attorneys tried to get any of the evidence I needed to prove my innocence. None of them wanted to do anything in my case on purpose. 4 out of 6 attorneys proved they were working more for the prosecution than for me. I have more evidence of their ineffective assistance of counsel and prejudice than I do in my own case and that's very sad. I have evidence of almost all the government misconduct and prosecutorial misconduct and I've sent it to you and your response was "How come none of the others seen it, or did anything about it" My question is what are you going to do about it? You have all the lies thats

9

been told against me. You have the evidence that Rachelle lied to get the NCO to start all 2 this. You have the evidence that the officers lied on their police reports and had no probable cause to arrest me. You have the evidence that Rachelle lied on her Smith Affidavit about being at the apt the day I got arrested. If she lied knowingly under the penalty of perjery then shes willing to lie about about anything she can to make sure she wins. You have proof that she lied a few times on the police report. You have the proof that the cops lied about me being served. So 2 I wasn't "officially served" then I wasn't in violation. You have the evidence that the State committed Brady violations. CPS worker committed Brady violations. You have the proof that a government caseworker called to the courts and was told that me and Rachelle didn't have a NCO in play because it was dismissed June 30th. By you not requesting the video and audio recording of my arraignment when the prosecutor claims I knew about the No contact order. Hes the thing, It doesn't matter if I did know about it, once the case was dismissed and the alleged violation came After the order was dismissed then these violations didn't matter. But the video is proof that the prosecutor lied again. So basically everything I'm going through right now is fabricated. All these court dates are fake. All this misconduct and lies and the state is worried about me trying to save my family by allegedly talking to my wife. If I wasn't held unlawfully and was allowed to

10

go home when I was supposed to, I the detective and the prosecutive would've did their job I wouldn't have been in here long enough to talk to my wife allegedly anyway. The prosecutor asked my wife to testify against me knowing that's illegal. None of my attorneys ask any of my witnesses to come testify on my behalf. No investigation was done into my case because if it was I wouldn't still be in here. Absolutly no evidence against me at all and you know this and you ask me am I ready for trial. Not only are you telling on yourself that you have something going on with the prosecution, by you asking me am I ready to go to trial, you're basicly committing ineffective assistance of counsel because if I'm right and I am then I can't be prosecuted anyway. The NCO is dismissed and you need that to convict me as alleged violation. It's time for me to go home to my family. I only want 2 things and I mean it. No contact order between me and my wife to be released now what else and.......... I'll bet she stole it, give that one out. False imprisonment carries with a price.

HORACE HILL JR.



PROSECUTING ATTORNEY | ANTHONY F. GOLIK

| RACHAEL ROGERS | ANNA KLEIN | LESLIE LOPEZ | GAYLE HUTTON |
|---|---|---|---|
| Chief Deputy | Chief Criminal Deputy | Chief Civil Deputy | Administrator |

November 15, 2023

Horace Hill Jr. CFN #144887
Clark County Jail
PO Box 1147
Vancouver WA 98666

Re:     Your Request for Records
        GovQA Reference No. P039967

Dear Mr. Hill:

The Clark County Prosecutor's Office is in receipt of your two letters dated November 1, 2023, and one letter dated October 31, 2023, received in our office November 7, 2023.

Your first letter dated November 1, 2023, requests records as follows:

1. Form for filing a false police report for a DV petition.
2. Temp No Contact Order between me, Horace Hill Jr. and Rachelle Carelock.
3. Can I have the names of the officers that served me the no contact order.
4. Copy of a No Contact Order June, 2021, and the police report.
5. Form for filing a report against an officer for lying on his police report and making a false arrest.

Your second letter dated November 1, 2023, requests records as follows:

1. 911 transcripted calls between Horace and Bianca Hill against Rachelle Carelock during the dates of 2017-2023.
2. 911 calls to address 6026 NE 33rd Cir., Vancouver, WA 98661 between May 1, 2023 – June 27, 2023.
3. Police reports for all those calls as well.

You have provided two case numbers, 23-1-01505-06 and 23-1-00975-06. I will pull those files and begin searching for the records you requested. The records will then be reviewed for applicable exemptions from disclosure and then made available to you. If we do not discover any records responsive to your request, we will inform you. If necessary, we may also inform you that we have notified third persons or agencies of their right to seek a protective order before releasing

Hello, my name is Robyn King…I'm contacting you in regards of Horace Hill Jr. I'm a mutual friend of Horace Hill Jr. and Rachelle Carelock. I hope to shed some light on the false allegations against Horace Hill, that Rachelle Carelock has filed against Horace. I was present the day the call was made, and all the allegations against him (Horace) are nonexistent. She's doing it as revenge and he most definitely didn't put his hand on her, she used a scenario that happened to me with my son's father and said it happened to her. Horace has done nothing but try to help her with her inconsistent parenting and complications that she's had with their mutual children and her other children. Rachelle lied about everything to get him out of her house that he was living at because Vancouver Police Department told her in over to get him out she would have to evict him, so lying on him and putting him in jail was faster!!! I hope this can give you a better idea of who you're dealing with.

I, Robyn King, give Mrs. Hill my permission to
Notorize and copy my statement
Phone: 503- 473- 3620  Email: nybor84@gmail.com

*Case #23-cv-05923*
*23-1-00975-06*
*Evidence for Motion*
*23-1-01505-06*

# B.Hill Statement

My name is Bianca Hill. I am writing this statement to let whoever it may concern know the truth about what happened between Horace Hill and Rachelle Carelock. I have screenshot evidence of Rachel , texting me and telling me that she is going to put a no contact order on horse hill to get him out of her house , and that she will lie and tell whatever story she has to in order to get a no contact order put on him. Rachel is the type of person that if she doesn't get her way or if she doesn't feel in control, then she does whatever she hast to do to cause that person. Hell she will put no contact orders on them. She will call the cops on them. She will embarrass them on Facebook she has been doing this since me and Horace Hill started dating in 2017 Horace tries to help Rachel however he can with the children, including the children that are not his biologically so far as to staying in the home with the children and taking care of their every day needs while Rachel leaves out of town to prostitute She will be gone weeks and months at a time, and then will come back home start an argument with Horace and kick him out of the house. She has even went as far as calling, CPS and making false allegations on me and Horaces younger children. Before Rachel Carelock put the no contact order on Horace hill she told me face-to-face that the police officer that was called out to the house over an incident told her she would have to evict him from her home that he had lived in for months, but that the faster way to get him removed from the home wants to put a no contact order on him since the lease was in her name Rachel Carelock moved out of the home and was staying in a hotel on millplain called the Woodland suites. CPS was helping her pay for it as well as Vancouver Housing Authority. Due to her lying about this no contact order and supposedly being abused by Horace Hill she was able to receive a $5000 grant that she used to move into her new home. CPS knew the entire time the Horace Hill was staying at the home. CPS came out to the home where the Horace hill and the children lived twice and Rachel was not there because she didn't live there and CPS knew that. Horace Hill is in jail facing charges over Rachel Carelocks lies. With my statement, I am attaching all evidence that I have to prove that she is lying. And I

I give Shirley permission to noterize and
Copy my statement
Phone: 360-717-1852
Email: lubiddy4u@gmail.com

CV2456 # 290348703
23-1-00975-06
Evidence for Motion

**From: Shirley Hill** shirlybal60@gmail.com
**Date: Oct 18, 2023 at 2:37:43 PM**
**To: Shirley Hill** shirlybal60@gmail.com

whom this may concern/Gregerson, David E,
My name is Carlie Tyree and I've been a friend/girlfriend of Horace
Hill Jr for over a year now. Me and Horace lived together at Ellwood
apt until he was wrongfully evicted. He ask me to go stay at his baby
moms apt (Rachelle Carelock) @6026 NE 33rd CIR in Vancouver to
help out with the kids cause she (Rachelle) was never home and
always gone out of town, and when she did come home, she was
usually drunk and starting arguments with them and their friends. I
stayed in the garage because it was set up like a bedroom, from
Feb-sometime in June. I left because Rachelle kicked me out
because I was defending her youngest daughter against her. I
stayed there with Horace's friends Dwanye Wallace and Rybecca
Seal along with Daysha and Jordynn...Lamya was there but she left
to go stay with one of Rachelle's friends because she was getting
harassed and bullied by her older brother and sister and the mom
(Rachelle) didn't care what so ever. She actually made the older
daughter (Daysha) put her out (Lamya)in the cold one morning
without any coat and made her leave the apt with nowhere to go
around 8am. How can u call yourself a mom and do something like
that to a innocent 12yr old child?? It literally broke my heart but
Horace knew Rachelle well and had backup plan already in store for
Mya and she knew exactly what to do and where to go in case of
emergency and his baby (LaMya) was safe.
Rachelle was never there, she was always gone out of town and
absolutely not did any physical altercation happen between Horace
and Rachelle at all. They barely even argued, if u ask me they

couldn't get any closer as friends, u couldn't ask for a better baby mom/baby dad relationship than what they had.....only problem is Rachelle is very vindictive and if she doesn't get her way all hell breaks lose. I was there when Rachelle came home from out of town and called 911 on herself. saying she didn't want to live there anymore, she didn't want the kids anymore and I was also there when she ask Horace to take over everything since it was only 2 months left on her least. She told us she was going to stay in a hotel where she works out of already (she's an escort). She basically was gone already but she made sure that she took her name off stuff and left... they got into an argument because on the first of June Rachelle took the tanf money that was supposed to go to Horace. and kept it and the food stamps so how was he supposed to do anything for the kids?? That's when CPS got involved and I believe Rachelle and Horace's cps worker or what she (Rachelle) led him to believe was his caseworker set him up. Because I was also present when Rachelle came over to see Horace and to smoke weed with us (me and Horace) and she (Rachelle) already had the caseworker on speaker phone telling us not to say anything cause she (the caseworker)was talking to Rachelle about everything Horace was telling her. I couldn't believe what I was hearing and Rachelle just walked out laughing at Horace and said "I told you I can't be stopped". Right then I got mad at her and she told me to get out and don't come back and less than a week later he's in jail. She told me months before that she was going to find away to put a no-contact order on Horace to get him arrested since the first time she lied on

him didn't land him in jail. This is the second time doing this to him, everything Rachelle said to get the No-Contact order is a complete lie and I mean everything!!! There's multiple people who can tell you the something. She moved out and left Horace the apt for the final 2 months of her lease because he was homeless and she didn't want to stay there because the kids broke everything in the apt and was terrible only because she allowed them to be and couldn't control them anymore!! She used Horace as a scapegoat to get a DV grant and the system helped her do it. Its wrong completely wrong and you guys are still assisting her in tormenting him and his family!! When is it going to stop and when is she going to pay the price for lying and destroying this mans life???

Sent from my iPad

I give Shirley Permission to notarize and copy my Statement
Phone: 360-783-7478
Email: Carlietyree369@gmail.com