UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HORACE HILL, JR., <br><br> Plaintiff, <br><br> v. <br><br> ERIKA NOORT, et al., <br><br> Defendants. | Case No. 3:23-cv-05923-TMC <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel (Dkt. 12) and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

    a. Plaintiff Horace Hill has not filed any objections.

    b. Instead, after the Report and Recommendation was filed, Mr. Hill filed an entirely new complaint on March 21, 2024 (Dkt. 13) against three different defendants.

    c. This amended complaint was untimely. Judge Christel had set a deadline of March 1, 2024 for Mr. Hill to file an amended complaint, after affording him multiple opportunities and explaining the defects in his original filing. *See*

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

        Dkt. 6, 8, 9. Mr. Hill missed that deadline, but Judge Christel granted his motion for an extension of time (Dkt. 10) and accepted his amended complaint filed on March 7, 2024. Dkt. 11. The amended complaint filed on March 7 was the operative complaint for the Report and Recommendation.

    d.  Despite its untimeliness, this Court has screened the March 21, 2024 complaint as required by 28 U.S.C. § 1915A.

    e.  The March 21 complaint continues to assert claims that challenge Mr. Hill's ongoing criminal proceedings in state court. For the reasons explained by Judge Christel in the Report and Recommendation, Dkt. 12 at 4–6, the claims Mr. Hill asserts against the three new defendants must also be dismissed based on *Younger* abstention.

(2) Plaintiff has failed to state a claim upon which relief can be granted. Therefore, this case is dismissed. As Plaintiff has failed to state a claim upon which relief may be granted, this case constitutes a strike under 42 U.S.C. § 1915(g).

(3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. David W. Christel.

Dated this 6th day of May, 2024.

                                            Tiffany M. Cartwright
                                            United States District Judge